IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SELVIE GRIFFIN, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Act. No.: 1:19-cv-604-ECM |
| ) | (WO) |
| BIOMAT USA, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This cause is before the Court on a Motion for Summary Judgment filed by the Plaintiff. (Doc. 65). In the reply brief in support of the motion, the Plaintiff contends that testimony by Tammie James should not be considered because it cannot be reducible to admissible form. Because the Defendant has not had an opportunity to respond to that argument, it is hereby

ORDERED that the Defendant is given until **October 12, 2021** to file a response to the Plaintiff's arguments regarding the testimony of Tammie James.

Done this 5th day of October, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE